IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PENN MUTUAL LIFE INSURANCE COMPANY,**<br><br>　　　　**Plaintiff,**<br><br>　　v.<br><br>**WELLS FARGO BANK, N.A., as Securities Intermediary,**<br><br>　　　　**Defendant.** | **CIVIL ACTION NO. 18-40** |

## ORDER

**AND NOW**, this 1st day of October 2018, upon consideration of Defendant's Motion to Dismiss [Doc. No. 12], the response and replies thereto, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the Motion is **GRANTED** as the Court declines to exercise jurisdiction over this action, which is **DISMISSED without prejudice**. The Clerk is directed to **CLOSE** the case.

It is so **ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　　　**/s/ Cynthia M. Rufe**

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　**CYNTHIA M. RUFE, J.**